UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G., by and through his mother, HAYLEY S. GRUNVALD,<br><br>                                  Petitioners,<br><br>v.<br><br>SAN DIEGUITO UNION HIGH SCHOOL DISTRICT,<br><br>                                  Respondent. | Case No.:  23-CV-468 TWR (BLM)<br><br>**ORDER GRANTING *NUNC PRO TUNC* JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>(ECF No. 14) |

Presently before the Court is the Joint Motion to Extend Time to File Responsive Pleading ("Joint Mot.," ECF No. 14) filed by Plaintiff A.G., by and through his mother, Hayley S. Grunvald, and Defendant San Dieguito Union High School District, in which the Parties have stipulated to extend Defendant's deadline to respond to Plaintiff's Complaint by seven days so that Defendant's counsel may "obtain the documents necessary to properly respond." (*See id.* at 1–2.)  Good cause appearing, the Court

/ / /

/ / /

/ / /

/ / /

**GRANTS** *NUNC PRO TUNC* the Joint Motion.  As stipulated by the Parties, Defendant **SHALL RESPOND** to Plaintiff's Complaint <u>on or before April 13, 2023</u>.

      **IT IS SO ORDERED.**

Dated:  April 7, 2023

                                        *[signature]*
                                    Honorable Todd W. Robinson
                                    United States District Judge